# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY WARREN, | NO. CV 14-2144-RGK (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 18, 2014

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE